```
                                                                    FILED
                                                                    2016 JUL 29 A 10:29
                                                                    CLERK
                                                                    U.S. BANKRUPTCY
                                                                    COURT - PGH
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | (N) |
| | : Case No. 15-21647-GLT | |
| ERICA MARX, | : Chapter 13 | |
| | : | |
| Debtor. | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT
## PREJUDICE AND TERMINATING WAGE ATTACHMENT

**AND NOW**, an oral motion (the "Motion") to dismiss this case having been made by the Chapter 13 Trustee (the "Trustee"), and notice of the Motion having been given and no response or objection having been filed, it is hereby **ORDERED, ADJUDGED AND DECREED that**:

      1.    The above-captioned case is **DISMISSED without prejudice**. The Debtor(s) remain(s) legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349. Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs or 30 days after the date of this Order, whichever is later.

      2.    Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this Order on such employer and entity.

      3.    The Court retains jurisdiction over the Trustee's final report and account and the Trustee's certificate of distributed funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further Order of Court.

      4.    The Clerk of Court shall give notice to all creditors of this dismissal

Dated: July 29, 2016

GREGORY L. TADDONIO  dtb
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
All Creditors and Parties in Interest

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                   Case No. 15-21647-GLT
Erica Marx                                                               Chapter 13
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0315-2           User: mgut                  Page 1 of 2                  Date Rcvd: Jul 29, 2016
                               Form ID: pdf900             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2016.
db             +Erica Marx,    4510 Mount Troy Road Extension,    Pittsburgh, PA 15214-1454
aty            +Joshua I. Goldman,    KML Law Group, P.C.,   701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
14041920       +AAS Debt Recovery,    PO Box 129,   Monroeville, PA 15146-0129
14041921       +Amerifinancial Solutions,    P.O. Box 602570,   Charlotte, NC 28260-2570
14041922       +Bank of America,    P.O. Box 17054,   Wilmington, DE 19884-0001
14041923       +Barclays Bank Delaware,    125 S West Street,   Wilmington, DE 19801-5014
14041924      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    PO Box 85520,   Richmond, VA 23285-5075)
14072324        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
14041925       +Chase,   P.O. Box 15299,    Wilmington, DE 19850-5299
14080525       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14113662       +Diteck Financial, LLC f/k/a Greentree Servicing,    P.O.Box 0049,   Palatine Il 60055-0001
14041926        Duquesne Light,   c/o Bernstein Law Office,    707 Gulf Tower, Suite 2200,
                 Pittsburgh, PA 15219
14056815        EverBank,   Green Tree Services LLC,    P.O. Box 44265,   Jacksonville, FL 32231-4265
14056811        Navient Solutions, Inc.,    P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
14080527       +North Hills SD,   c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14071574       +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14080528       +Township of Ross,    c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14087307       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14067493       +E-mail/Text: bncmail@w-legal.com Jul 30 2016 01:15:34     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14041927       +E-mail/Text: bankruptcy.bnc@gt-cs.com Jul 30 2016 01:14:57     Greentree,    P.O. Box 6172,
                 Rapid City, SD 57709-6172
14041928       +E-mail/Text: cio.bncmail@irs.gov Jul 30 2016 01:14:52     Internal Revenue Service,
                 1000 Liberty Avenue--Room 705,    Pittsburgh, PA 15222-4014
14041929       +E-mail/PDF: pa_dc_claims@navient.com Jul 30 2016 01:25:48     Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
14060276        E-mail/PDF: pa_dc_litigation@navient.com Jul 30 2016 01:25:49
                 Navient Solutions, Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
14041931        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2016 01:39:42
                 Portfolio Recovery,   120 Corporate Blvd., Ste. 1,    Norfolk, VA 23502
14104075        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2016 01:24:49
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             Duquesne Light Company
cr             EverBank
cr             Green Tree Servicing LLC
cr             North Hills School District
cr             Township of Ross
14041930       North Hills School District
                                                                                   TOTALS: 7, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: mgut                 Page 2 of 2                   Date Rcvd: Jul 29, 2016
                              Form ID: pdf900            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    EverBank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Green Tree Servicing LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Derek K. Koget    on behalf of Creditor    Allegheny County dkoget@grblaw.com,    cnoroski@grblaw.com
              Derek K. Koget    on behalf of Creditor    Township of Ross dkoget@grblaw.com,    cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com,    cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    North Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N. Wright    on behalf of Debtor Erica   Marx shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                             TOTAL: 12
```