**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    ERICA MARX

        Debtor(s)

    Ronda J. Winnecour
        Movant
    vs.
    No Repondents.

Case No.:15-21647 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 05/06/2015  and confirmed on 07/30/2015 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,995.98 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,995.98 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,028.88 | |
|    Trustee Fee | 310.03 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,338.91 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| DITECH FINANCIAL LLC F/K/A GREEN TREE | 0.00 | 6,657.07 | 0.00 | 6,657.07 |
|    Acct: XXXXXXXXXXX6/15 | | | | |
| DITECH FINANCIAL LLC F/K/A GREEN TREE | 12,628.20 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXX5/15 | | | | |
| NORTH HILLS SD (ROSS)-R/E TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXX4/PL | | | | |
| TOWNSHIP OF ROSS-R/E TAX | 312.42 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXXX2,14 | | | | |
| NORTH HILLS SD (ROSS)-R/E TAX | 2,445.24 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXXX2,14 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 697.30 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXXX2,15 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 322.40 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXXXXXXXXX-INT | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 642.70 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXXX2,15 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 54.90 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXXXXXXXXXX-INT | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| NORTH HILLS SD (ROSS)-R/E TAX | 3,414.33 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXX2,14 | | | | |
| NORTH HILLS SD (ROSS)-R/E TAX | 773.08 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXX-INT | | | | |
| TOWNSHIP OF ROSS-R/E TAX | 162.48 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXX-INT | | | | |
| TOWNSHIP OF ROSS-R/E TAX | 148.23 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX6;14 | | | | |
| TOWNSHIP OF ROSS-R/E TAX | 51.82 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXX-INT | | | | |
| US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7264 | | | | |
| | | | | 6,657.07 |
| **Priority** | | | | |
| SHAWN N WRIGHT ESQUIRE | 4,000.00 | 1,028.88 | 0.00 | 0.00 |
| Acct: | | | | |
| ERICA MARX | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 1,300.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8:13 | | | | |
| * * * N O N E * * * | | | | |
| **Unsecured** | | | | |
| FIRST NATIONAL BANK OF PA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| AMERIFINANCIAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CERASTES LLC | 1,181.92 | 0.00 | 0.00 | 0.00 |
| Acct: 9361 | | | | |
| CAPITAL ONE BANK NA** | 6,421.23 | 0.00 | 0.00 | 0.00 |
| Acct: 1887 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DUQUESNE LIGHT COMPANY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NAVIENT SOLUTIONS INC | 4,446.95 | 0.00 | 0.00 | 0.00 |
| Acct: 0748 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 673.36 | 0.00 | 0.00 | 0.00 |
| Acct: 4623 | | | | |
| PEOPLES NATURAL GAS CO LLC - EQUITA | 880.97 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX0018 | | | | |
| NAVIENT SOLUTIONS INC O/B/O USAF INC | 30,619.78 | 0.00 | 0.00 | 0.00 |
| Acct: 0748 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| * * * N O N E * * * | | | | |
| **TOTAL PAID TO CREDITORS** | | | | 6,657.07 |

TOTAL CLAIMED

| | |
|---|---|
| PRIORITY | 1,300.00 |
| SECURED | 21,653.10 |
| UNSECURED | 44.224.21 |

Date: 09/16/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com